RUSSELL B. MALCOLM, Appellant, *v.* MAURICE C. VEDDER, Respondent.

Submitted April 2, 1945; decided April 5, 1945.

*Oscar J. Brown* for motion to dismiss the appeal and in opposition to cross motion.

*Raymond M. Bush* for cross motion and in opposition to motion to dismiss.

Motion to dismiss appeal denied.

Motion for leave to prosecute appeal as a poor person granted.